IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY TYRONE SHELLINGTON, Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| | : | No. 23-cv-658 |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : : : : | |

## ORDER

AND NOW on this 28th day of December 2023, upon consideration of Plaintiff Larry Tyrone Shellington's Brief and Statement of Issues in Support of his Request for Review (Doc. 14), the Commissioner's Response (Doc. 15), and Plaintiff's Reply (Doc. 16), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying Shellington benefits is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE